UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **DONALD SYLVAS #106762** | **CASE NO. 1:25-CV-00594 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **JEREMY WILEY ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Donald Sylvas's claims are DISMISSED WITH PREJUDICE under §1915(e)(2)(B) and §1915A, but without prejudice to filing a habeas petition regarding the length of his sentence.

ALEXANDRIA, LOUISIANA, this 11th day of February 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE